UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

MOHAMED ABOKASEM, *et al.*,

    Plaintiffs,

v.

ROYAL INDIAN RAJ INT'L. CORP., *et al.*,

    Defendants.

Case No.: C 10-01781 EDL

[PROPOSED] ORDER

## ORDER

IT IS HEREBY ORDERED that Diane McFadin, Esq, of The McFadin Law Group, 11 Broadway, Suite 715, New York, NY 10004, and all other counsel shall appear telephonically ~~to argue the Defendants' Motion to Dismiss scheduled for February 4, 2011, and~~ for the Case Management Conference previously scheduled for February 11, 2011 and continued to February 18, 2011 by order filed concurrently herewith.

Dated: January 31, 2011

_____

HONORABLE MAXINE M. CHESNEY