IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ABOKASEM, et al., | No. C-10-01781 MMC |
| Plaintiffs, | **ORDER VACATING FEBRUARY 4, 2011 HEARING ON DEFENDANTS' MOTION TO DISMISS** |
| v. | |
| ROYAL INDIAN RAJ INTERNATIONAL CORP., et al., | |
| Defendants / | |

Before the Court is defendants Royal Indian Raj International Corp. ("RIRIC"), Royal Indian Raj International Holdings Corp., Royal Indian Raj International Real Estate Fund Ltd., Royal Garden Villas Resort Corp., Manoj C. Benjamin, Anjula Benjamin, Maya Benjamin, and Janet MacFarlane's (collectively, "RIRIC defendants") motion, filed October 12, 2010, to dismiss plaintiffs' First Amended Complaint. Plaintiffs have filed opposition, to which the RIRIC defendants have replied. Having read and considered the papers filed in support of and in opposition to the motion, the Court deems the matter suitable for decision thereon, and VACATES the hearing scheduled for February 4, 2011.

**IT IS SO ORDERED.**

Dated: February 1, 2011

MAXINE M. CHESNEY
United States District Judge