UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ABOKASEM, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> ROYAL INDIAN RAJ INT'L. CORP., *et al.*, <br><br> Defendants. | Case No.: C 10-01781 EDL <br><br> [PROPOSED] ORDER |

**ORDER**

IT IS HEREBY ORDERED that ~~Diane McFadin, Esq. of The McFadin Law Group, 11 Broadway, Suite 715, New York, NY 10004, may~~ all parties shall appear telephonically to participate in the Case Management Conference in the above-captioned matter which is scheduled for April 1, 2011.

Dated: March 31, 2011

*/s/ Maxine M. Chesney*

HONORABLE MAXINE M. CHESNEY