IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ABOKASEM, et al., | No. C-10-01781 MMC |
| Plaintiffs, | **ORDER DIRECTING DEFENDANTS' COUNSEL TO SERVE NOTICE OF MOTION TO WITHDRAW** |
| v. | |
| ROYAL INDIAN RAJ INTERNATIONAL CORP., et al., | |
| Defendants / | |

The Court in receipt of the motion to withdraw, filed April 29, 2011 by Diane McFadin, counsel for all defendants who have appeared in the above-titled action, and noticed for hearing June 17, 2011. The motion, however, is not accompanied by proof of service on said defendants. Accordingly, defendants' counsel is hereby DIRECTED to serve the notice and motion on her clients and file proof of such service no later than May 10, 2011.

**IT IS SO ORDERED.**

Dated: May 3, 2011

MAXINE M. CHESNEY
United States District Judge