IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ABOKASEM, et al., | No. C-10-01781 MMC |
| Plaintiffs, | **ORDER DENYING WITHOUT PREJUDICE MOTIONS TO WITHDRAW AS COUNSEL FOR DEFENDANTS** |
| v. | |
| ROYAL INDIAN RAJ INTERNATIONAL CORP., et al., | |
| Defendants / | |

    Before the Court is Diane McFadin's ("McFadin") motion, filed April 29, 2011 and noticed for hearing June 17, 2011, to withdraw as counsel pro hac vice for Defendants Royal Indian Raj International Corp., Royal Indian Raj International Holdings Corp., Royal Indian Raj International Real Estate Fund Ltd., Royal Garden Villas Resort Corp., Manoj C. Benjamin, Anjula Benjamin, Maya Benjamin, and Janet MacFarlane's (collectively, "RIRIC defendants"). By order filed May 3, 2011, the Court directed McFadin to serve the notice and motion on her clients and file proof of such service by May 10, 2011. McFadin has failed to file proof of service as directed.

    Additionally before the Court is Minal Belani's ("Belani") motion, filed May 11, 2011, to withdraw as local counsel for the RIRIC defendants. Said motion, however, is neither noticed for hearing nor accompanied by proof of service on the RIRIC defendants.

    Accordingly, neither motion being in conformance with the Court's May 3, 2011 order

or the local rules of this district, see Civil L.R. 7-2 (a) (providing "all motions must be filed, served and noticed in writing . . . for hearing not less than 35 days after service of the motion"); Civil L.R. 11-5(a) (providing "[c]ounsel may not withdraw from an action until relieved by order of Court after written notice has been given reasonably in advance to the client"), the motions are, in each instance, hereby DENIED without prejudice to refiling. Any such motion by counsel for defendants shall be filed and served, and proof of such service filed, no later than May 27, 2011, and the filing deadline for motions to withdraw (see Civil Minutes, Doc. No. 59) is hereby extended to that date.

**IT IS SO ORDERED.**

Dated: May 13, 2011

MAXINE M. CHESNEY
United States District Judge