| | |
|---|---|
| 1 | Jonathan M. Reymann (State Bar No. 206847) |
| 2 | (jonathan@reymannlaw.com) |
|   | REYMANN LAW OFFICE, P.C. |
|   | 2603 Camino Ramon, Suite 200 |
| 3 | San Ramon, California 94583 |
|   | Telephone:    (925) 215-0602 |
| 4 | Facsimile:     (925) 215-0651 |

Attorneys for Plaintiffs
MOHAMED ABOKASEM, RATHNAKUMAR BADHAN,
VINAY DILAWRI, ASHLEY GILSON, GREG GILSON,
KRISHNA KUDVA, VIDYA KUDVA, ARCHANA KUDVA,
SUJOY MAJUMDAR, ANIL MITAL, AJITH NAIR, JIJI NAIR,
RADHIKA NAIR, RANJIT NAIR, RAVINDER PRAKASH,
HEMANT PRAKASH, INDRAJIT ROY, SUSHMA ROY,
MADHUMITA SARKAR, KRISHNA SHANKAR,
RADHIKA SHANKAR, MANONMANI THANGAPANDIAN,
DHIRAJ TYAGI and JYOTI TYAGI

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| MOHAMED ABOKASEM, *et al.* | Case No. C 10-01781 MMC |
| Plaintiffs, | ~~[PROPOSED]~~ ORDER GRANTING PLAINTIFFS' MOTION TO AUTHORIZE ALTERNATIVE SERVICE ON DEFENDANT RAVI BENJAMIN PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 4(f)(3) ; VACATING HEARING |
| v. | |
| ROYAL INDIAN RAJ INTERNATIONAL CORP., *et al.* | |
| Defendants. | Date:        May 27, 2011 |
|   | Time:        9:00 a.m. |
|   | Judge:       Hon. Maxine M. Chesney |
|   | Courtroom:  7 |

Before the Court is the motion of plaintiffs Mohamed Abokasem, Rathnakumar Badhan, Vinay Dilawri, Ashley Gilson, Greg Gilson, Krishna Kudva, Vidya Kudva, Archana Kudva, Sujoy Majumdar, Anil Mital, Ajith Nair, Jiji Nair, Radhika Nair, Ranjit Nair, Ravinder Prakash, Hemant Prakash, Indrajit Roy, Sushma Roy, Madhumita Sarkar, Krishna Shankar, Radhika Shankar, Manonmani Thangapandian, Dhiraj Tyagi and Jyoti Tyagi (collectively, "Plaintiffs")

1  for an order permitting Plaintiffs to serve defendant Ravi Benjamin by alternative means
2  pursuant to Rule 4(f)(3) of the Federal Rules of Civil Procedure.
3  After consideration of the papers submitted in support of ~~and in opposition to~~ Plaintiffs'
4  motion; all of the papers, pleadings, and records on file in this action; ~~and any other evidence~~
   and no opposition having been filed
5  ~~that was presented at the time of the hearing~~, the Court grants Plaintiffs' motion.
6  **IT IS HEREBY ORDERED** that Plaintiffs shall be authorized, pursuant to Federal Rule
7  of Civil Procedure 4(f)(3), to complete service of the Second Amended Complaint on defendant
8  Ravi Benjamin by the following means:

- Electronic delivery to the following two email accounts:

    **(1)** rhb@royalindianraj.com; and

    **(2)** rbenjamin@royalindianraj.com

- Delivery by private mail courier (Federal Express) to the following addresses: 2704 Graveley Street in Vancouver, British Columbia; and 5488 Smith Ave. in Burnaby, British Columbia.

14  Service of the Second Amended Complaint on Ravi Benjamin is to be completed as
15  described above no later than the following date: _____ June 3, 2011.
16  In light of the above, the hearing on the motion scheduled for May 27, 2011 is hereby VACATED.
17  DATED: _May 18, 2011_____

_____
HON. MAXINE M. CHESNEY

[PROPOSED] ORDER GRANTING PLAINTIFFS'
MOTION TO AUTHORIZE ALTERNATIVE SERVICE                                              Page 2
(Case No. C 10-01781 MMC)