IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ABOKASEM, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>ROYAL INDIAN RAJ INTERNATIONAL CORP., et al.,<br><br>    Defendants | No. C-10-01781 MMC<br><br>**ORDER EXTENDING DEFENSE COUNSEL'S TIME TO FILE REPLY IN SUPPORT OF MOTION TO WITHDRAW; VACATING HEARING** |

Before the Court is Diane McFadin ("McFadin") and Minal Belani's ("Belani") joint motion to withdraw as counsel, filed May 27, 2011 ("Joint Motion"). On June 17, 2011, plaintiffs filed an untimely opposition.[1] The Court nonetheless will consider plaintiffs' late filing and hereby EXTENDS, to July 1, 2011, the deadline for McFadin and Belani to reply.

In light of the extension, the hearing presently scheduled for July 1, 2011 is hereby VACATED, and will be reset only if the Court subsequently determines a hearing is necessary.

**IT IS SO ORDERED.**

Dated: June 21, 2011

MAXINE M. CHESNEY
United States District Judge

---

[1] Pursuant to the local rules of this District, plaintiffs' opposition was due no later than June 10, 2011. See Civil L.R. 7-3(a) ("Any opposition to a motion must be served and filed no more than 14 days after the motion is served and filed.").