IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ABOKASEM, et al., | No. C-10-01781 MMC |
| Plaintiffs, | **ORDER GRANTING PLAINTIFFS' REQUEST TO DISMISS DEFENDANTS SHERRI VATERS AND PATRICK J. HINDS WITHOUT PREJUDICE.** |
| v. | |
| ROYAL INDIAN RAJ INTERNATIONAL CORP., et al., | |
| Defendants / | |

Before the Court is plaintiffs' Supplemental Case Management Statement, filed June 28, 2011, by which plaintiffs request entry of a dismissal without prejudice as to defendants Sherri Vaters and Partrick J. Hinds. To date, neither defendant has appeared in the action. See Fed. R. Civ. P. 41(a)(1) (allowing plaintiff to voluntarily dismiss action prior to defendant's answer or service of motion for summary judgment). Accordingly, the Court hereby GRANTS plaintiffs' request, and the complaint as against defendants Sherri Vaters and Patrick J. Hinds is hereby DISMISSED without prejudice.

**IT IS SO ORDERED.**

Dated: June 30, 2011

MAXINE M. CHESNEY
United States District Judge