**United States District Court**
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMED ABOKASEM, et al.,

      Plaintiffs,

  v.

ROYAL INDIAN RAJ INTERNATIONAL
CORP., et al.,

      Defendants
_____/

No. C-10-01781 MMC

**ORDER TO SHOW CAUSE WHY
DEFENDANTS SHOULD NOT BE HELD
IN CONTEMPT**

On August 5, 2011, defendants Royal Indian Raj International Corp., Royal Indian
Raj International Holdings Corp., Royal Indian Raj International Real Estate Fund Ltd.,
Royal Garden Villas Resort Corp., Manoj C. Benjamin, and Anjula Benjamin (collectively,
"RIRIC defendants") failed to appear as ordered at a regularly scheduled case
management conference in the above-titled action.  Plaintiffs appeared as ordered.

Accordingly, each of the RIRIC defendants is hereby ORDERED TO SHOW CAUSE
in writing, by sworn declaration under penalty of perjury, filed no later than August 19,
2011, why such defendant should not be held in contempt and sanctioned for such
defendant's failure to appear, and why the corporate RIRIC defendants' answers should not
be stricken, and default entered against them, for their failure to retain new counsel.  See
Rowland v. Cal. Men's Colony, 506 U.S. 194, 202 (1993) (holding corporate entities may
only appear by counsel); Emp. Painters' Trust v. Ethan Enter., Inc., 480 F.3d 993, 998 (9th

1  Cir. 2007) (upholding default judgment entered against corporation for failure to appear

2  through counsel in violation of district court's local rule); Civil L.R. 3-9(b) (providing

3  corporations "may appear only through a member of the bar of this Court").

4  **IT IS SO ORDERED.**

5

6  Dated: August 5, 2011

MAXINE M. CHESNEY
United States District Judge

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

2