IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMED ABOKASEM, et al.,

    Plaintiffs,

v.

ROYAL INDIAN RAJ INTERNATIONAL CORP., et al.,

    Defendants

No. C-10-01781 MMC

**ORDER STRIKING CORPORATE RIRIC DEFENDANTS' ANSWERS; DIRECTING CLERK TO ENTER DEFAULT AGAINST CORPORATE RIRIC DEFENDANTS; HOLDING INDIVIDUAL RIRIC DEFENDANTS IN CONTEMPT, DIRECTING INDIVIDUAL RIRIC DEFENDANTS TO SHOW CAUSE**

    On August 5, 2011, the Court ordered defendants Royal Indian Raj International Corp., Royal Indian Raj International Holdings Corp., Royal Indian Raj International Real Estate Fund Ltd., and Royal Garden Villas Resort Corp. (collectively "Corporate RIRIC defendants"), as well as Manoj C. Benjamin and Anjula Benjamin (collectively, "individual RIRIC defendants"), to show cause in writing and filed no later than August 19, 2011, why each such defendant should not be held in contempt and sanctioned for such defendant's failure to appear at the August 5, 2011 case management conference, and why the corporate RIRIC defendants' answers should not be stricken, and default entered against them, for their failure to retain new counsel. (See Order to Show Cause, filed Aug. 5, 2011.) No defendant has responded to the Court's Order to Show Cause, nor has counsel appeared on behalf of any defendant.

Accordingly, the Court hereby STRIKES the answers of the corporate RIRIC defendants, and DIRECTS the Clerk to enter default against them. See Emp. Painters' Trust v. Ethan Enter., Inc., 480 F.3d 993, 998 (9th Cir. 2007) (upholding default judgment entered against corporation for failure to appear through counsel in violation of district court's local rule).

Further, the Court finds the individual RIRIC defendants are in contempt of court for their failure to attend the August 5, 2011 case management conference, and for their failure to respond to the Court's Order to Show Cause. Accordingly, each of the individual RIRIC defendants is hereby ORDERED TO SHOW CAUSE in writing, by sworn declaration under penalty of perjury, filed no later than September 9, 2011, why such defendant's answer should not be stricken and default entered as a sanction.

**IT IS SO ORDERED.**

Dated: August 24, 2011

_____
MAXINE M. CHESNEY
United States District Judge