IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MOHAMED ABOKASEM, et al.<br><br>　　　　Plaintiffs,<br><br>　v.<br><br>ROYAL INDIAN RAJ INTERNATIONAL CORP., et al.<br><br>　　　　Defendants.<br>_____ / | No. C 10-1781 MMC<br><br>**ORDER DIRECTING SERVICE OF PLAINTIFFS' MOTION TO STRIKE ANSWER OF DEFENDANTS MANOJ BENJAMIN AND ANJULA BENJAMIN AND FOR ENTRY OF DEFAULT AGAINST THEM AND FOR ENTRY OF DEFAULT JUDGMENT AGAINST ALL REMAINING DEFENDANTS; VACATING HEARING** |

　　　Before the Court is plaintiffs' "Motion to Strike Answer of Defendants Manoj Benjamin and Anjula Benjamin and for Entry of Default Against Them; and for Entry of Default Against All Remaining Defendants," filed July 10, 2012.

　　　In the motion, plaintiffs state they have not attempted service of the motion on the defendants who have appeared in the above-titled action. See Fed. R. Civ. P. 55(b)(2) (providing "[i]f the party against whom a default judgment is sought has appeared personally or by a representative, that party or its representative must be served with written notice of the application at least 7 days before the hearing"). Plaintiffs do not dispute that defendants Manoj Benjamin, Anjula Benjamin, Royal Indian Raj International Corp., Royal Indian Raj International Holdings Corp., Royal Indian Raj International Real Estate Fund Ltd., and Royal Garden Villas Resort Corp. (collectively "the Appearing

1 Defendants") have "appeared" in the above-titled action, but argue further notice is not
2 necessary because, according to plaintiffs, "the record makes clear that all of these
3 defendants have since abandoned their defense." (See Mot. at 7:23-8:1.) Plaintiffs seek "a
4 ruling from the Court that no further notice is required under Rule 55(b)(2)" (see id.) and, in
5 the alternative, request the Court "specify how such service is to be accomplished" (see id.
6 at 8:1-3). Plaintiffs cite to no legal authority providing an exception to the notice
7 requirement set forth in Rule 55.

8 Accordingly, plaintiffs are hereby DIRECTED to serve by mail the Appearing
9 Defendants at their address of record and to notice the motion for a date not less than 35
10 days after such service. See Civil L.R. 7-2(a).

11 In light of the above, the hearing, currently scheduled for August 17, 2012, is hereby
12 VACATED.

13 **IT IS SO ORDERED.**

14 Dated: August 10, 2012
15 _____
MAXINE M. CHESNEY
United States District Judge