IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMED ABOKASEM, et al.,

    Plaintiffs,

  v.

ROYAL INDIAN RAJ INTERNATIONAL CORP., et al.,

    Defendants.

No. C 10-1781 MMC

**ORDER GRANTING PLAINTIFFS' REQUEST FOR DISMISSAL WITHOUT PREJUDICE OF ALL CLAIMS AGAINST DEFENDANTS KEN COREY AND BOB BROWN**

    Before the Court is the plaintiffs' request for dismissal without prejudice of all claims against defendants Ken Corey and Bob Brown, filed July 10, 2012.

    The request is hereby GRANTED, and plaintiffs' complaint as asserted against said two defendants is hereby DISMISSED without prejudice.

    **IT IS SO ORDERED.**

Dated: September 14, 2012

MAXINE M. CHESNEY
United States District Judge