IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMED ABOKASEM, et al.,

    Plaintiffs,

  v.

ROYAL INDIAN RAJ INTERNATIONAL CORP., et al.,

    Defendants.

No. C 10-1781 MMC

**ORDER GRANTING PLAINTIFFS' MOTION TO STRIKE ANSWER; DIRECTING CLERK TO ENTER DEFAULT; DIRECTING PLAINTIFFS TO SERVE NOTICE OF MOTION; CONTINUING HEARING OF MOTION FOR DEFAULT JUDGMENT**

    Before the Court is plaintiffs' "Motion to Strike Answer of Defendants Manoj Benjamin and Anjula Benjamin and for Entry of Default Against Them; and for Entry of Default Judgment Against All Remaining Defendants," filed July 10, 2012 and renoticed August 17, 2012. Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, VACATES the hearing scheduled for September 21, 2012, and rules as follows.

    On August 5, 2011, Manoj Benjamin and Anjula Benjamin failed to appear as ordered at a regularly scheduled case management conference in the above-titled action, and, that same date, the Court ordered said defendants to show cause, in writing and no later than August 19, 2011, why sanctions should not be imposed. Neither of said defendants filed a response. Thereafter, on August 24, 2011, the Court issued an order

finding said defendants in contempt, and directing them to show cause, in writing and no later than September 9, 2011, why their Answers should not be stricken and default entered against them.  Again, no response was filed.

Accordingly, plaintiffs' motion to strike the answers of Manoj Benjamin and Anjula Benjamin is hereby GRANTED, and the Clerk is hereby DIRECTED to enter default against said defendants.

Additionally, plaintiffs are hereby DIRECTED to file and serve on said defendants, no later than October 12, 2012, a motion for default judgment, and to notice such motion for hearing on November 16, 2012.

Lastly, in the interest of judicial economy, the hearing of the motion for default judgment as filed against all other remaining defendants, and currently noticed for September 21, 2012, is hereby CONTINUED to November 16, 2012.

**IT IS SO ORDERED.**

Dated: September 14, 2012

MAXINE M. CHESNEY
United States District Judge