IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMED ABOKASEM, et al.,

    Plaintiffs,

v.

ROYAL INDIAN RAJ INTERNATIONAL CORP., et al.,

    Defendants.
_____/

No. C 10-1781 MMC

**ORDER VACATING HEARING ON MOTIONS FOR DEFAULT JUDGMENT**

    Before the Court are (1) plaintiffs' motion for default judgment as to defendants Manoj Benjamin and Anjula Benjamin, filed October 12, 2012, and (2) plaintiff's motion for default judgment as to the remaining defendants, filed August 17, 2012.  Having read and considered the papers filed in support of the motion, the Court deems the matter suitable for decision thereon, and hereby VACATES the hearing scheduled for November 16, 2012

    **IT IS SO ORDERED.**

Dated: November 9, 2012

                              MAXINE M. CHESNEY
                              United States District Judge