IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMED ABOKASEM, et al.,

    Plaintiffs,

v.

ROYAL INDIAN RAJ INTERNATIONAL CORP., et al.,

    Defendants.

No. C 10-1781 MMC

**ORDER DENYING WITHOUT PREJUDICE PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT; DIRECTIONS TO PLAINTIFFS**

    Before the Court is plaintiffs' "Motion for Entry of Default Judgment Against Defendants Manoj Benjamin and Anjula Benjamin," filed October 12, 2012. Having read and considered the papers filed in support of the motion, the Court rules as follows.

    By prior order, the Court granted plaintiffs' motion for entry of default against Manoj and Anjula Benjamin. (See Order, filed Sept. 14, 2012.) By the same order, the Court directed plaintiffs to file a motion for default judgment noticed for hearing November 16, 2012 and to serve said motion on Manoj and Anjula Benjamin. (See id.) Plaintiffs filed a motion for default judgment but, as they acknowledge therein, did not serve Manoj and Anjula Benjamin with the motion. (See Mot. at 2.)

    Accordingly, the motion is hereby DENIED without prejudice. If resubmitted, such motion shall be refiled no later than December 7, 2012, noticed for hearing in conformity

//

with the Civil Local Rules of this district, and served by mail on all defendants named therein at their addresses of record.

**IT IS SO ORDERED.**

Dated:  November 28, 2012

_____
MAXINE M. CHESNEY
United States District Judge