IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

MOHAMED ABOKASEM, et al.,

    Plaintiffs,

  v.

ROYAL INDIAN RAJ INTERNATIONAL CORP., et al.,

    Defendants.
_____/

No. C 10-1781 MMC

**ORDER GRANTING PLAINTIFFS' MOTION FOR DEFAULT JUDGMENT**

    Before the Court are: (1) plaintiffs' motion for default judgment as to defendants Manoj Benjamin and Anjula Benjamin, filed October 12, 2012; and (2) plaintiffs' motion for default judgment as to defendants Collins Benjamin, Ravi Benjamin, Royal Garden City Enterprises Private Ltd., Royal Indian Raj International Corp., Royal Indian Raj International Holdings Corp., Royal Indian Raj International Real Estate Fund Ltd., and Royal Garden Villas Resort Corp., filed August 17, 2012.[1]  Defendants have not filed opposition.  Having read and considered the declarations of the twenty-four plaintiffs, and having before it the facts stated in the complaint, which facts are deemed true by reason of the entry of default, see <u>Danning v. Lavine</u>, 572 F.2d 1386, 1388 (9th Cir. 1978), the Court hereby GRANTS plaintiffs' motion and rules as follows:[2]

---

[1] All said nine defendants will be referred to collectively as "defendants."

[2] By order filed November 9, 2012, the Court deemed the matter appropriate for decision on plaintiffs' filings and vacated the hearing scheduled for November 16, 2012.

1. Plaintiffs Rathnakumar Badhan and Manonmani Thangapandian shall have judgment against defendants in the amount of $190,841.75, constituting the sum of their deposit of $141,204.11 and prejudgment interest of $49,637.64.

2. Plaintiffs Krishna, Vidya, and Archana Kudva shall have judgment against defendants in the amount of $295,349.40, constituting the sum of their deposit of $209,407.00 and prejudgment interest of $85,942.40.

3. Plaintiffs Sujoy Majumdar and Madhumita Sarkar shall have judgment against defendants in the amount of $211,182.00, constituting the sum of their deposit of $147,819.75 and prejudgment interest of $63,362.25.

4. Plaintiffs Ajith and Radhika Nair shall have judgment against defendants in the amount of $302,849.10, constituting the sum of the following: their initial deposit of $130,987.00, prejudgment interest of $45,643.04 thereon, their second deposit of $100,000.00, and prejudgment interest of $26,219.06 thereon.

5. Plaintiffs Ranjit and Jiji Nair shall have judgment against defendants in the amount of $466,416.11, constituting the sum of their deposit of $339,608.00 and prejudgment interest of $126,808.11.

6. Plaintiffs Krishna and Radhika Shankar shall have judgment against defendants in the amount of $313,455.12, constituting the sum of their deposit of $215,250.00 and prejudgment interest of $98,205.12.

7. Plaintiff Mohamed Abokasem shall have judgment against defendants in the amount of $109,377.68, constituting the sum of his deposit of $80,431.00 and prejudgment interest of $28,946.68.

8. Plaintiff Vinay Dilawri shall have judgment against defendants in the amount of $104,260.58, constituting the sum of his deposit of $76,614.00 and prejudgment interest of $27,646.58.

9. Plaintiff Ashley Gilson shall have judgment against defendants in the amount of $49,687.76, constituting the sum of her deposit of $36,537.00 and prejudgment interest of $13,150.76.

10. Plaintiff Greg Gilson shall have judgment against defendants in the amount of $49,729.82, constituting the sum of his deposit of $36,537.00 and prejudgment interest of $13,192.82.

11. Plaintiff Anil Mital shall have judgment against defendants in the amount of $306,003.84, constituting the sum of his deposit of $224,852.00 and prejudgment interest of $81,151.84.

12. Plaintiffs Ravinder and Hemant Prakash shall have judgment against defendants in the amount of $69,519.60, constituting the sum of their deposit of $51,076.00 and prejudgment interest of $18,443.60.

13. Plaintiffs Indrajit and Sushma Roy shall have judgment against defendants in the amount of $48,108.06, constituting the sum of their deposit of $33,215.00 and prejudgment interest of $14,893.06.[3]

14. Plaintiffs Dhiraj and Jyoti Tyagi shall have judgment against defendants in the amount of $170,810.40, constituting the sum of their deposit of $122,484.00 and prejudgment interest of $48,326.40.[4]

15. With the exception of plaintiffs Dhiraj and Jyoti Tyagi, all plaintiffs shall jointly have judgment against defendants in the total amount $500,000 as punitive damages, said sum to be allocated by and among plaintiffs in accordance with their proposed judgment. (See Doc. No. 142, filed July 10, 2012.)

16. The judgment shall bear interest at the rate provided by law. See 28 U.S.C. § 1961 (setting forth means of calculation for postjudgment interest).

**IT IS SO ORDERED.**

Dated: December 12, 2012

MAXINE M. CHESNEY
United States District Judge

---

[3] Interest on said award and on each of the awards set forth above is calculated pursuant to the California Constitution, Article 15, Section 1. See id. (providing rate of prejudgment interest for claims sounding in tort.)

[4] Interest on said award is calculated pursuant to California Civil Code Section 3289. See id. (providing rate of prejudgment interest for claims sounding in contract).