1

2                    IN THE UNITED STATES DISTRICT COURT

3

4                    FOR THE NORTHERN DISTRICT OF CALIFORNIA

5

6    MOHAMED ABOKASEM, et al.,                         No. CV-10-1781 MMC

7              Plaintiffs,
                                                       **JUDGMENT IN A CIVIL CASE**
8       v.

9
     ROYAL INDIAN RAJ INTERNATIONAL
10   CORP., et al.,

11             Defendants.
     _____/

12

13          **()  Jury Verdict.** This action came before the Court for a trial by jury. The issues have

14   been tried and the jury has rendered its verdict.

15          **(X)  Decision by Court.** This action came to trial or hearing before the Court. The

16   issues have been tried or  heard and a decision has been rendered.

17          **IT IS SO ORDERED AND ADJUDGED**

18   1.    Plaintiffs Rathnakumar Badhan and Manonmani Thangapandian shall have judgment

19         against defendants in the amount of $190,841.75, constituting the sum of their

20         deposit of $141,204.11 and prejudgment interest of $49,637.64.

21   2.    Plaintiffs Krishna, Vidya, and Archana Kudva shall have judgment against

22         defendants in the amount of $295,349.40, constituting the sum of their

23         deposit of $209,407.00 and prejudgment interest of $85,942.40.

24   3.    Plaintiffs Sujoy Majumdar and Madhumita Sarkar shall have judgment against

25         defendants in the amount of $211,182.00, constituting the sum of their deposit of

26         $147,819.75 and prejudgment interest of $63,362.25.

27   4.    Plaintiffs Ajith and Radhika Nair shall have judgment against defendants in the

28         amount of $302,849.10, constituting the sum of the following:  their initial deposit of

           $130,987.00, prejudgment interest of $45,643.04 thereon, their second deposit of

$100,000.00, and prejudgment interest of $26,219.06 thereon.

5.  Plaintiffs Ranjit and Jiji Nair shall have judgment against defendants in the amount of $466,416.11, constituting the sum of their deposit of $339,608.00 and prejudgment interest of $126,808.11.

6.  Plaintiffs Krishna and Radhika Shankar shall have judgment against defendants in the amount of $313,455.12, constituting the sum of their deposit of $215,250.00 and prejudgment interest of $98,205.12.

7.  Plaintiff Mohamed Abokasem shall have judgment against defendants in the amount of $109,377.68, constituting the sum of his deposit of $80,431.00 and prejudgment interest of $28,946.68.

8.  Plaintiff Vinay Dilawri shall have judgment against defendants in the amount of $104,260.58, constituting the sum of his deposit of $76,614.00 and prejudgment interest of $27,646.58.

9.  Plaintiff Ashley Gilson shall have judgment against defendants in the amount of $49,687.76, constituting the sum of her deposit of $36,537.00 and prejudgment interest of $13,150.76.

10.  Plaintiff Greg Gilson shall have judgment against defendants in the amount of $49,729.82, constituting the sum of his deposit of $36,537.00 and prejudgment interest of $13,192.82.

11.  Plaintiff Anil Mital shall have judgment against defendants in the amount of $306,003.84, constituting the sum of his deposit of $224,852.00 and prejudgment interest of $81,151.84.

12.   Plaintiffs Ravinder and Hemant Prakash shall have judgment against defendants in the amount of $69,519.60, constituting the sum of their deposit of $51,076.00 and prejudgment interest of $18,443.60.

13.  Plaintiffs Indrajit and Sushma Roy shall have judgment against defendants in the

amount of $48,108.06, constituting the sum of their deposit of $33,215.00 and prejudgment interest of $14,893.06.[1]

14.    Plaintiffs Dhiraj and Jyoti Tyagi shall have judgment against defendants in the amount of $170,810.40, constituting the sum of their deposit of $122,484.00 and prejudgment interest of $48,326.40.[2]

15.    With the exception of plaintiffs Dhiraj and Jyoti Tyagi, all plaintiffs shall jointly have judgment against defendants in the total amount $500,000 as punitive damages, said sum to be allocated by and among plaintiffs in accordance with their proposed judgment. (See Doc. No. 142, filed July 10, 2012.)

16.    The judgment shall bear interest at the rate provided by law.  See 28 U.S.C. § 1961 (setting forth means of calculation for postjudgment interest).


Dated: December 12, 2012                          Richard W. Wieking, Clerk


_Tracy Lucero_


By: Tracy Lucero

Deputy Clerk

---

[1]       Interest on said award and on each of the awards set forth above is calculated pursuant to the California Constitution, Article 15, Section 1.  See id. (providing rate of prejudgment interest for claims sounding in tort.)

[2]       Interest on said award is calculated pursuant to California Civil Code Section 3289.  See id. (providing rate of prejudgment interest for claims sounding in contract).